**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

_____

No. 00-60372
Summary Calendar

_____


LURLENE ROBERTS,

Plaintiff-Appellant,

VERSUS

WALTHALL COUNTY GENERAL HOSPITAL; JAMES GRAVES, Individually and
in his Official Capacity as Administrator of Walthall County
General Hospital; ROBERT LEE HOBGOOD, LARRY MARTIN, TRUETT
SIMMONS, IVERSON DAVIS and LOUIE HUHN, Individually and in their
Official Capacities as Members of the Board of Trustees of
Walthall County General Hospital,

Defendants-Appellees.


_____

Appeal from the United States District Court
For the Southern District of Mississippi
2:99-CV-298-PG
_____
December 1, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

We agree with the district court that Roberts was an at-will employee and had no right to notice and a hearing before being terminated.  Miss. Code Ann. Supp. § 41-13-35(5)(n)(1999) gives the board of trustees at Walthall County General Hospital ("Hospital") the power to enter into an employment contract, but it

[*]Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

1

does not <u>require</u> the board to contract with its employees. Therefore, in the absence of an employment contract, Roberts does not have a property interest in her employment that entitles her to notice and a hearing before being terminated. Accordingly, essentially for the reasons stated by the district court in its May 4, 2000 Memorandum Opinion and Order, the judgment of the district court is AFFIRMED.